UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| MARQUITIS JUJUAN KELLY, | : | CASE NO. 16-53803-JWC |
| | : | |
| Debtor. | : | |

**REPORT OF SALE**

COMES NOW S. Gregory Hays, the Chapter 7 Trustee in the above-captioned matter, and files this Report of Sale pursuant to Bankruptcy Rule 6004(f), and shows the Court as follows:

1.

On or about September 6, 2019, the Trustee sold real property of the estate known as 2181 Ann Lane, Lithia Springs, GA 30122 ("**Property**") to Alfredo Cruz Pena ("**Purchaser**") for $215,000.00 as ordered and approved by the Court on August 30, 2019 [Doc. No. 118].

2.

Attached hereto as Exhibit "A" is the Seller's Settlement Statement from the sale. The Trustee reports that he has completed the delivery of the Property to the Purchaser and has received net funds of $33,057.52 from the sale.

Respectfully submitted this 9th day of September, 2019.

                                                                       /s
                                                    S. Gregory Hays

Hays Financial Consulting, LLC        Chapter 7 Trustee
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net

Exhibit "A"

# Seller's Settlement Statement



**CAMPBELL & BRANNON**
ATTORNEYS AT LAW

| | |
|---|---|
| **Settlement Date:** | 09/06/2019 |
| **Disbursement Date:** | 09/06/2019 |
| **Settlement Location:** | 5565 Glenridge Connector, Suite 350, Atlanta, GA 30342 |
| **File Number:** | |
| **Lender:** | Broker Solutions Inc. dba New American Funding And or It's Warehouse Lender |
| **Loan Type:** | Conventional Insured |
| **Borrower:** | Alfredo Cruz Pena<br>2424 Kilpatrick Place<br>Dumfries, VA 22026 |
| **Seller:** | S. Gregory Hays, as and only as Trustee in Bankruptcy for the Estate of Marquitis Jujuan Kelly<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305 |
| **Property location:** | 2181 Ann Lane<br>Lithia Springs, GA 30122 |
| **Tax Parcel No:** | 08491820013 |

| | Seller Debit | Seller Credit |
|---|---|---|
| **Financial Consideration** | | |
| Sale Price of Property | | 215,000.00 |
| Seller Credit | 6,000.00 | |
| **Prorations/Adjustments** | | |
| Prorated HOA Dues $200/yr 09/06/19 - 12/31/19 | | 64.11 |
| County Taxes ($2675.85) 01/01/19 - 09/06/19 | 1,818.11 | |
| **Commissions** | | |
| Commission- Listing Agent to Atlanta Communities | 6,450.00 | |
| Commission- Selling Agent to Palmerhouse Properties | 6,450.00 | |
| **Payoffs** | | |
| Payoff of First Mortgage Loan to PHH Mortgage Services | 137,993.86 | |
| **HOA Charges** | | |
| HOA Balance to Cedar Terrace Homeowners Association | 1,794.62 | |
| **Miscellaneous Debits/Credits** | | |
| Debtor's HOmestead Exemption to Marquitis J. Kelly-Brown | 21,500.00 | |
| **Subtotals** | 182,006.59 | 215,064.11 |
| **Balance Due TO Seller** | 33,057.52 | |

## CERTIFICATE OF SERVICE

I hereby certify that I am over the age of 18 and that on this day I served a copy of the foregoing *REPORT OF SALE* by first class U.S. Mail, with adequate postage prepaid on the following persons or entities at the addresses stated:

> Office of the United States Trustee
> 362 Richard B. Russell Building
> 75 Ted Turner Drive, SW
> Atlanta, GA 30303
>
> Marquitis Jujuan Kelly
> PO Box 7065
> Hampton, VA 23666
>
> Lorena Lee Saedi
> Saedi Law Group, LLC
> Suite 103
> 3006 Clairmont Road
> Atlanta, GA 30329

Dated: September 9, 2019.

>             /s
> S. Gregory Hays
> Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Road, N.W., Suite 555
Atlanta, Georgia 30305
(404) 926-0060
ghays@haysconsulting.net